IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO PAVIESE TOWNSEND                                                      PLAINTIFF

V.                          NO.  5:08cv00260 JMM-JWC

ERNEST GOLDEN, et al                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case against Defendants Green, Maxwell, and Sandine is dismissed, without prejudice.  Plaintiff's deliberate medical indifference and conditions claims against Defendant Golden shall proceed at this time.

Service is now appropriate.  The Clerk of the Court is directed to prepare a summons for Defendant Golden, and the United States Marshal is directed to serve a copy of the original complaint with any attachments (doc. 2), a copy of the docket sheet, and a summons for Defendant without prepayment of fees and costs or security therefor. Should Defendant Golden need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 20th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE