# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANTONIO PAVIESE TOWNSEND                                        PLAINTIFF

V.                          NO: 5:08CV00260 JMM

ERNEST GOLDEN *et al.*                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Ernest Golden's motion for summary judgment (docket entry #20), is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE