**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANTONIO PAVIESE TOWNSEND                                                                         PLAINTIFF

V.                                          NO: 5:08CV00260 JMM

ERNEST GOLDEN *et al.*                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE